UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

WALT MCCOY PORTER,

    Petitioner,

v.                                       Case No. 3:23cv4075-LC-HTC

RICKY D. DIXON,

    Respondent.

_____/

## ORDER

The magistrate judge issued a Report and Recommendation on May 4, 2023 (ECF No. 16) recommending denial of Petitioner's Motion to Hold Proceedings in Abeyance (ECF Doc. 4) and dismissal of the case without prejudice for Petitioner's failure to exhaust state remedies. Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1. The magistrate judge's Report and Recommendation (ECF No. 16) is adopted and incorporated by reference in this order.

2. The Motion to Hold Proceedings in Abeyance (ECF Doc. 4) is DENIED.

3. The Petition under 28 U.S.C. § 2254 (ECF Doc. 1) is DISMISSED WITHOUT PREJUDICE due to Plaintiff's failure to exhaust state remedies.

4. A certificate of appealability is DENIED.

5. The clerk shall close the file.

**DONE AND ORDERED** this 5th day of June, 2023.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**